744

■ HOMECRAFT-ALTERATIONS CORP., Plaintiff, v. NORMA BRILL, Respondent, et al., Defendants, and NATHAN H. WADLER et al., Appellants.— Motion by respondent to dismiss appeals from two orders of the Supreme Court, Queens County, dated respectively September 26, 1961 and February 5, 1962; and to vacate stay heretofore granted. Motion granted, with $10 costs; appeals dismissed; stay vacated. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ WOODROW LA MUNYAN, Respondent, v. JOSE RODRIGUEZ, Appellant.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ EDMUND LEE et al., Appellants, v. HENRY ROSE et al., Respondents.— Motion by respondents to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ NATALIE MACMANUS, Respondent, v. MAREL, INC., Appellant, et al., Defendant.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BRAITHWAITE, JR., Appellant.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO ALBANESE, Appellant.— Motion by appellant for reinstatement of his appeal, denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ LUIGI DI VITO et al., Appellants, v. ARMSTRONG CORK CO., INC. et al., Respondents.— Motion by respondents to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ ADAM DOROSKI, SR., Respondent, v. ADAM DOROSKI, JR., Defendant, and GERALDINE L. DOROSKI, Appellant.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ MORRIS FREILICHER et al., Respondents, v. CRF GENERAL CONTRACTORS CORP. et al., Appellants.— Motion by respondents to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ RICHARD KLASKIN, Respondent, v. RITA KLASKIN, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated May 14, 1962, requiring her to perfect her appeal for the September 1962 Term. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ MORRIS MARGOLIN et al., Respondents, v. WORLD SCOPE ENCYCLOPEDIA CORP., Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated June 25, 1962, requiring it to perfect its appeal for the September 1962 Term. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ CAROL MIESZKOWSKI, an Infant, et al., Respondents, v. LOUIS GITTER et al., Appellants, and SUSAN KORVAL et al., Respondents. SUSAN KORVAL, an Infant, by Her Guardian ad Litem, ALEXANDER KORVAL et al., Respondents, v. LOUIS GITTER et al., Appellants.— On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated April 24, 1962, requiring them to perfect their appeal for the September 1962 Term. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.